**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-23492

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-34593-RTBP |
| Edward Raymond Bruhn<br>　　　　Debtor. | Chapter 7 |
| Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.<br>　　　　Movant,<br>　vs. | ORDER<br><br>(Related to Docket #9) |
| Edward Raymond Bruhn, Debtor, William E. Pierce, Trustee.<br>　　　　Respondents. | |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 11, 2005 and recorded in the office of the Yavapai County Recorder wherein Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Edward Raymond Bruhn has an interest in, further described as:

>PARCEL I:
>All that portion of Section 29, Township 18 North, Range 2 West of the Gila and Salt River Base and Meridian, Yavapai County, Arizona, described as follows:
>BEGINNING at the East quarter corner of Section 29 marked with a MADDOCKS and ASSOCIATES brass cap pipe monument:
>Thence North 89 Degrees, 54 Minutes, 11 Seconds West, 661.13 feet along the mid-section line to a one-half inch rebar;
>Thence South 00 Degrees, 00 Minutes, 46 Seconds East, 993.41 feet to a one-half inch rebar
>Thence North 119 Degrees, 55 Minutes, 311 Seconds West, 330.311 feet to a one-half inch rebar and the TRUE POINT OF BEGINNING:
>Thence North 119 Degrees, 55 Minutes. 311 Seconds West, 330.311 feet to a one-half inch rebar
>Thence South 00 Degrees, 02 Minutes, 02 Seconds East, 331.23 feet to a one-half inch rebar;
>Thence South 89 Degrees. 56 Minutes, 09 Seconds East, 330.32 feet to a one-half inch rebar;
>Thence North 00 Degrees, 01 Minutes, 25 Seconds West, 331.19 feet to the TRUE POINT OF BEGINNING.
>EXCEPT all coal, oil, gas and other minerals as reserved for said land.
>PARCEL II:
>A 25.00 foot roadway and public utility easement running parallel with. 12.50 feet on each side of and adjoins the following described line:
>BEGINNING at the East quarter corner of Section 29:
>Thence North 89 Degrees, 54 Minutes, 11 Seconds West, 1,322.26 feet along the mid-section line to a one-half inch rebar:
>Thence South 00 Degrees, 02 Minutes, 02 Seconds East, 993,69 feet to the TRUE POINT OF BEGINNING; • ,
>Thence South 89 Degrees, 55 Minutes, 38 Seconds East, 350.00 feet to the END of this easement.
>EXCEPTlNG therefrom any portion lying within Parcel I above.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.